# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Edward O'Nesky,

        Plaintiff,                           Civil No. 11-250 (RHK/SER)

vs.                                          **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, LLC, Pfizer, Inc., Wyeth
Pharmaceuticals,

        Defendants.


        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 3, 2011


                                      s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge